THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Tyrone L. Sanders, Appellant.
 
 
 

Appeal From Charleston County
 Daniel F. Pieper, Circuit Court Judge

Unpublished Opinion No. 2004-UP-476   
Submitted September 15, 2004  Filed September 16, 2004 

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, III, of of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, 
 all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Appellant, Tyrone Lamar Sanders, was indicted for murder, 
 armed robbery, kidnapping, and conspiracy to commit murder and armed robbery.  
 The State sought the death penalty.  The jury found appellant guilty on all 
 four charges.  The trial judge sentenced Sanders to life imprisonment without 
 the possibility of parole for murder, thirty years for armed robbery, and five 
 years for conspiracy.  We dismiss pursuant to Anders v. California, 386 
 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  
 Counsels petition to be relieved is granted.1
APPEAL DISMISSED.  
 HEARN, C.J., HUFF and KITTREDGE, JJ., concur.

 
 1 We decide this case without oral argument pursuant 
 to Rule 215, SCACR.